## Commonwealth *v.* Salmons, Appellant.

Submitted September 15, 1969.

*William J. Gallagher,* for appellant; *A. Thomas Parke, III,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Saunders, Appellant.

Argued September 12, 1969.

*Carmen Paul Belefonte,* with him *Kassab, Cherry, Curran & Archbold,* for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram Nedurian, Jr.,* Assistant District Attorney, *William R. Toal,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.